OFFICE OF DISCIPLINARY COUNSEL, Petitioner,

v.

Lawrence T. FOTI, Respondent.

No. 835 Disciplinary Docket No. 3.

Supreme Court of Pennsylvania.

July 24, 2003.

### ORDER

PER CURIAM.

AND NOW, this 24th day of July, 2003, upon consideration of the Report and Recommendations of the Disciplinary Board dated March 28, 2003, it is hereby

ORDERED that LAWRENCE T. FOTI be and he is SUSPENDED from the Bar of this Commonwealth for a period of three years, and he shall comply with all the provisions of Rule 217 Pa.R.D.E.

It is further ORDERED that respondent shall pay costs to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.

OFFICE OF DISCIPLINARY COUNSEL, Petitioner,

v.

David L. KURTZ, Respondent.

No. 691 Disciplinary Docket No. 3.

Supreme Court of Pennsylvania.

July 24, 2003.

### ORDER

PER CURIAM.

AND NOW, this 24th day of July, 2003, there having been filed with this Court by David L. Kurtz his verified Statement of Resignation dated April 30, 2003, stating that he desires to resign from the Bar of the Commonwealth of Pennsylvania in accordance with the provisions of Rule 215, Pa.R.D.E., it is

ORDERED that the resignation of David L. Kurtz be and it is hereby accepted and he is DISBARRED ON CONSENT from the Bar of the Commonwealth of Pennsylvania; and it is further ORDERED that he shall comply with the provisions of Rule 217, Pa.R.D.E. Respondent shall pay costs, if any, to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.